UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Danisco USA Inc., et al., | Case No. 1:11-cv-06035 |
| Plaintiffs, | Judge John W. Darrah |
| vs. | |
| Lifeway Foods, Inc., | |
| Defendant. | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on October 19, 2011 at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before Judge John Darrah in Courtroom 1203 in the U.S. Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and shall then and there present Lifeway Foods, Inc.'s Motion to Dismiss.

By: /s/ Richard N. Kessler
Counsel for Defendant
Lifeway Foods, Inc.

**ATTORNEYS FOR LIFEWAY FOODS INC.**
Richard N. Kessler (#6183140)
David B. Cupar
   (admission application forthcoming)
Matthew J. Cavanagh
MCDONALD HOPKINS LLC
300 N. LaSalle Street
Suite 2100
Chicago, IL 60654
t 312.280.0111
f 312.280.8232
*rkessler@mcdonaldhopkins.com*
*dcupar@mcdonaldhopkins.com*
*mcavanagh@mcdonaldhopkins.com*

{2957872:}

## **Certificate Of Service**

I hereby certify that on October 11, 2011, a copy of the foregoing <u>Lifeway Foods, Inc.'s Notice of Motion to Dismiss</u> was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, and parties may access this filing through the Court's system.

    s/ Richard N. Kessler
*Counsel for Lifeway Foods, Inc.*

{2957872:}